IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| EDWARD ROBERTS, et al., § § § | |
| Plaintiffs, § § | |
| v. § | Case No. 6:21-cv-00168-JDK |
| § § | |
| THOR MOTOR COACH, INC., et al., § § § | |
| Defendants. § § | |

**FINAL JUDGMENT**

Having disposed of all pending claims in this case, the Court hereby enters **FINAL JUDGMENT**.

It is **ORDERED** that Plaintiffs' claims are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction. All pending motions are **DENIED** as **MOOT**.

The Clerk of Court is instructed to close this case.

So **ORDERED** and **SIGNED** this **12th** day of **January, 2022.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE